IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:05CR263-A__ |
| | ) | [18 USC 922(g)(1)] |
| JAMES EDWARD LAMAR | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 25th day of July, 2005, in Montgomery County, Alabama, within the Middle District of Alabama,

JAMES EDWARD LAMAR,

defendant herein, having been convicted on or about June 21, 1990, in the Circuit Court of Montgomery County, Alabama, of Possession and Receipt of a Controlled Substance, under case number CC-90-822, a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess, in and affecting commerce, the ammunition and the firearm listed below:

1.  A North American Arms, .22 Cal Magnum Firearm, Serial Number 84660.

2.  Four (4) rounds of Remington ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

1

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

JAMES EDWARD LAMAR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of this offense, including but not limited to the following:

**A North American Arms, .22 Cal Magnum Firearm, Serial Number 84660;**

**Four (4) rounds of Remington ammunition;**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred, sold to, or deposited with a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or,

(5)  has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_/s/_____
Foreperson

_/s/ Leura G. Canary_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_/s/ John T. Harmon_____
JOHN T. HARMON
Assistant United States Attorney

3