AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JAMES EDWARD LAMAR
3455 CRESCENT CIRCLE
MONTGOMERY, AL

**WARRANT FOR ARREST**

Case Number: 2:05CR263-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMES EDWARD LAMAR__
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1 Count)

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

| DEBRA P. HACKETT | *Signature of Issuing Officer* - DEPUTY CLERK | 11/16/05 |
|---|---|---|
| Name of Issuing Officer | | DATE |
| CLERK OF COURT | MONTGOMERY, ALABAMA | |
| Title of Issuing Officer | Date and Location | |

Bail fixed at $ __to be set at initial appearance__   BY __U.S. MAGISTRATE JUDGE__
                                                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |