IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 2:05CR263-A |
| | ) | |
| JAMES EDWARD LAMAR | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE   BAY COUNTY JAIL

AT PANAMA CITY, FL

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **JAMES EDWARD LAMAR**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery on December 28, 2005 at 10:00 a.m., to answer charges pending in said court and for such other proceedings as may appear proper to the Court and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

DONE, this the 9th day of December, 2005.

*RETURNED UNEXECUTED*

12/13/05 Is being prosecuted by Bay Co at this time. Detainer in place.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____   RETURNED AND FILED
    DEPUTY CLERK

DEC 13 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.