IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05cr263-A |
| | ) | |
| JAMES EDWARD LAMAR | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against James Edward Lamar, now in custody of Bay County Jail, Panama City, Florida, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on May 17, 2006, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Bay County Jail, Panama City, Florida, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on May 17, 2006, at 10:00 a.m.

Respectfully submitted this the 10th day of April, 2006.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov