IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED

2006 APR 14  P 12: 27

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CRIMINAL NO. 2:05CR263-WHA |
| JAMES EDWARD LAMAR #11670-002 | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE  BAY COUNTY JAIL

AT PANAMA CITY, FLORIDA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **JAMES EDWARD LAMAR**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **May 17, 2006** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

DONE, this the 14th day of April, 2006.

RETURNED AND FILED

MAY - 1 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

*4/28/06 Subject moved to RMC-West Unit Lake Butler, FL. Returned unex. New writ to be issued*