IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05cr263-WHA |
| | ) | |
| JAMES EDWARD LAMAR | ) | |

**O R D E R**

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Regional Medical Center, West Unit, Lake Butler, Florida commanding him to deliver the said James Edward Lamar, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court for the proceeding to be held at Montgomery, Alabama, on May 17, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

Done this 2nd day of May, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE