**COURTROOM DEPUTY MINUTES**              **DATE :   JUNE 2, 2006**

**MIDDLE DISTRICT OF ALABAMA**           **DIGITAL RECORDED:    1:03 – 1:04**

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>      DEPUTY CLERK: <u>WANDA STINSON</u>**

**CASE NUMBER: <u>2:05CR263-WHA-CSC</u>       DEFENDANT NAME: <u>JAMES EDWARD LAMAR</u>**

# APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY.  CHRISTINE FREEMAN |

---

√      **DISCOVERY STATUS: Completed.**

_____

_____


√**PENDING MOTION STATUS:   NONE.**

_____


√      **PLEA STATUS: Possible Plea.**

_____

_____


√      **TRIAL STATUS: Case will take 1 day, if goes to trial.**

_____


❏      **REMARKS:**

_____

_____