| COURTROOM DEPUTY MINUTES | DATE: June 9, 2006 | FTR RECORDING: 10:30-10:42 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: MITCHELL REISNER | |

☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: *CHARLES S. COODY*   DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 2:05CR263-WHA-CSC   DEFENDANT NAME: JAMES EDWARD LAMAR
AUSA: TOMMIE HARDWICK   DEFENDANT ATTY: DONNIE BETHAL
USPTS/USPO: Jo Ann Sellers   Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO
Defendant ___ does ___ ✓ does NOT need and interpreter. Name: _____

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity
✓ Guilty as to:   ✓ Count(s) 1 of the **Indictment**
☐ Count(s) ____   ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ✓ No Plea Agreement entered. ☐ Written plea agreement filed. ☐ **ORDERED SEALED**.
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed; ☐ Released on Bond & Conditions of Release for: ☐ Trial on ____; ☐ Sentencing on ____; ☐ to be set by Separate Order
- ✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on ____; or ✓ Sentencing on ____ ✓ Set by separate Order.