IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr263-WHA |
| JAMES EDWARD LAMAR ) | |

## **ORDER**

The sentencing of this Defendant previously scheduled for September 7, 2006, at 9:00 a.m. is RESET for September 7, 2006, at **10:00 a.m.**

DONE this 22nd day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE