# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 7, 2006 | AT: | 10:00 a.m. |
| DATE COMPLETED: | September 7, 2006 | AT: | 10:11 a.m. |

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 2:05cr263-WHA
)
JAMES EDWARD LAMAR )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Tommie Brown Hardwick | Donnie W. Bethel |
| John T. Harmon | |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | JoAnn Sellers, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Mr. Bethel addresses the court on Defendant's behalf and requests concurrent sentences with the
    Florida case in order to get Defendant continuing mental health treatment.
Court accepts the recommendation of the probation officer to run the sentence consecutive.
Sentence is stated.
Motion for Preliminary Order of Forfeiture (Doc. #30) is orally GRANTED by the court.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right of appeal.
Defendant is remanded to the custody of the U. S. Marshal to be released to state custody.