```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      CR. NO. 2:05cr263-A
                              )
JAMES EDWARD LAMAR            )
```

MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on October 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 17th day of October, 2006.

                                                FOR THE UNITED STATES ATTORNEY
                                                    LEURA G. CANARY

                                        /s/John T. Harmon
                                        John T. Harmon
                                        Assistant United States Attorney
                                        Bar Number: 7068-II58J
                                        Office of the United States Attorney
                                        Middle District of Alabama
                                        One Court Square, Suite 201 (36104)
                                        Post Office Box 197
                                        Montgomery, Alabama 36101-0197
                                        Telephone:(334) 223-7280
                                        Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Donnie Bethel.**

                              Respectfully submitted,

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560