```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
v.                              )   CR. NO. 2:05cr263-WHA
                                )
JAMES EDWARD LAMAR              )

## UNITED STATES OF AMERICA'S MOTION
## FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on June 27, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant James Edward Lamar to forfeit:

> One North American Arms, .22 Caliber Magnum Firearm, Serial Number 84660.

That notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the Montgomery Independent newspaper on October 12, 19 and 26, 2006; and,

That no petitions of interest were filed within that thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 29th day of November, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Donnie Bethel**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov