IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05cr263-WHA |
| ) | |
| JAMES EDWARD LAMAR ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on June 26, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant James Edward Lamar to forfeit the following firearm:

**One North American Arms, .22 Caliber Magnum Firearm, Serial Number 84660**.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant James Edward Lamar had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 924(c)(1)(A)(i).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One North American Arms, .22 Caliber Magnum Firearm, Serial Number 84660.

2.  All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

3.  The U.S. District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.  The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the \_\_\_\_ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE